UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONNA ANN GABRIELE CHECHELE,

           Plaintiff,

    -v.-

STANDARD GENERAL L.P.;
STANDARD GENERAL MASTER FUND
L.P.; and SOOHYUNG KIM,

           Defendants,

  and

TEGNA, INC.,

           Nominal Defendant.

20 Civ. 3177 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's Amended Complaint. (Dkt. #23). As Plaintiff has amended its Complaint, Defendants' motion to dismiss (Dkt. #20) is denied as moot without prejudice to refiling. The Clerk of Court is directed to terminate the motion at docket entry 20. On or before October 12, 2020, Defendants shall file either an updated motion to dismiss or their Answer. Should Defendants choose to file an updated motion to dismiss, Plaintiff's opposing papers will be due on or before November 9, 2020, and Defendants' reply papers will be due on or before November 23, 2020.

    SO ORDERED.

Dated:    September 14, 2020
               New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge