UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>                Plaintiff,<br><br>                -v.-<br><br>STANDARD GENERAL L.P.;<br>STANDARD GENERAL MASTER FUND L.P.; and SOOHYUNG KIM,<br><br>                Defendants,<br><br>   and<br><br>TEGNA, INC.,<br><br>                Nominal Defendant. | 20 Civ. 3177 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      Pursuant to the Court's July 8, 2021 Opinion and Order, the parties are due to file a joint letter and Proposed Case Management Plan and Scheduling Order on or before August 12, 2021. (*See* Dkt. #35). In light of Defendants' pending motion to certify the July 8, 2021 Opinion and Order for immediate interlocutory appeal (*see* Dkt. #37-39), the parties' deadline to file a joint letter and Proposed Case Management Plan and Scheduling Order is STAYED pending further order of the Court.

      SO ORDERED.

Dated:    August 2, 2021
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge