# James A Hunter
## ATTORNEY AT LAW

42 Stagecoach Road
Pipersville, Pennsylvania 18947

TELEPHONE (484) 437-5935
FACSIMILE (646) 462-3356

June 14, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
The U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

> Re: *Chechele v. Standard General L.P.*, No. 20-cv-3177 (JLR) (DCF)
> **Notice of Settlement Agreement in Principle and**
> **Request for Adjournment of June 15, 2023 Conference**

Dear Judge Rochon:

I represent Plaintiff in the case referred to above. Plaintiff is pleased to report that the parties have reached an agreement in principle to settle the case and respectfully asks the Court (1) to stay further proceedings for 30 days to allow the parties to prepare and sign definitive settlement papers and (2) to adjourn the pretrial conference currently scheduled for tomorrow, June 15, 2023.

This is the first request for an adjournment of the pretrial conference, and the request is made with Defendants' consent. While Plaintiff regrets the short notice, the parties' agreement in principle was reached within the last hour.

I am available to answer any questions the Court may have. Thank you.

Respectfully submitted,

/s/ James A. Hunter

Copies by ECF:

All Counsel of Record