UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ANN GABRIELE CHECHELE,<br><br>Plaintiff,<br><br>– v. –<br><br>STANDARD GENERAL L.P.,<br>STANDARD GENERAL MASTER FUND L.P.,<br>and SOOHYUNG KIM,<br><br>Defendants,<br><br>– and –<br><br>TEGNA INC.,<br><br>Nominal Defendant. | ECF CASE<br><br>No. 20-cv-3177 (JLR) (DCF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
DATED AS OF AUGUST 10, 2023**

WHEREAS the action captioned above was commenced in this Court on April 22, 2020; and

WHEREAS the parties to the action now wish to stipulate herein to the action's dismissal with prejudice;

NOW, THEREFORE, the parties to the action captioned above, by and through their undersigned counsel, hereby stipulate that the action is dismissed with prejudice effective immediately.

\* \* \*

IN WITNESS WHEREOF, each person hereunder has set his or her hand as of the first date set forth above.

| | |
|---|---|
| /s/ James A. Hunter | /s/ Michael C. Keats |
| James A. Hunter | Michael C. Keats |
| LAW OFFICE OF JAMES A. HUNTER | Rebecca L. Martin |
| 42 Stagecoach Road | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| Pipersville, Pennsylvania 18947 | One New York Plaza |
| Phone: (484) 437-5935 | New York, New York 10004 |
| Fax: (646) 462-3356 | Phone: (212) 859-8000 |
| E-Mail: hunter@hunterkmiec.com | Fax: (202) 859-4000 |
| | E-Mail: michael.keats@friedfrank.com |
| | rebecca.martin@friedfrank.com |

*Counsel for Plaintiff Donna Ann Gabriele Chechele*

*Counsel for Defendants Standard General L.P., Standard General Master Fund, L.P., and Soohyung Kim*

Igor Kirman
Ryan A. McLeod
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Phone: (212) 403-1393
Fax: (212) 403-2393
E-Mail: ikirman@wlrk.com
ramcleod@wlrk.com

*Counsel for Nominal Defendant TEGNA Inc.*

IN WITNESS WHEREOF, each person hereunder has set his or her hand as of the first date set forth above.

| | |
|---|---|
| _____ <br> James A. Hunter <br> LAW OFFICE OF JAMES A. HUNTER <br> 42 Stagecoach Road <br> Pipersville, Pennsylvania  18947 <br> Phone:  (484) 437-5935 <br> Fax:      (646) 462-3356 <br> E-Mail: hunter@hunterkmiec.com <br><br> *Counsel for Plaintiff Donna Ann* <br> *Gabriele Chechele* | Michael C. Keats <br> Rebecca L. Martin <br> FRIED, FRANK, HARRIS, SHRIVER & <br>    JACOBSON LLP <br> One New York Plaza <br> New York, New York  10004 <br> Phone:  (212) 859-8000 <br> Fax:      (202) 859-4000 <br> E-Mail: michael.keats@friedfrank.com <br>         rebecca.martin@friedfrank.com <br><br> *Counsel for Defendants Standard General L.P.,* <br> *Standard General Master Fund, L.P., and* <br> *Soohyung Kim* <br><br> /s/ Ryan McLeod <br> _____ <br> Igor Kirman <br> Ryan A. McLeod <br> WACHTELL, LIPTON, ROSEN & <br>    KATZ <br> 51 West 52nd Street <br> New York, New York  10019 <br> Phone: (212) 403-1393 <br> Fax:     (212) 403-2393 <br> E-Mail: ikirman@wlrk.com <br>         ramcleod@wlrk.com <br><br> *Counsel for Nominal Defendant TEGNA Inc.* |